■ MORRISON COHEN SINGER & WEINSTEIN, L. L. P., Respondent, v PETER CHERVIN, Appellant. [696 NYS2d 677] —Order and judgment (one paper), Supreme Court, New York County (Stephen Crane, J., on behalf of and upon the order of Phyllis Gangel-Jacob, J., dated May 19, 1998), entered June 18, 1998, unanimously affirmed for the reasons stated by Gangel-Jacob, J., without costs or disbursements. No opinion. Concur—Ellerin, P. J., Rosenberger, Tom, Lerner and Saxe, JJ.